```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

JERI LEIGH JACKSON,            )
                               )
        Plaintiff              )
                               )
v.                             )     No. 3:09-0613
                               )     Judge Trauger/Brown
STAR TRANSPORT, VOLUNTEER      )
TRAINING CENTER TRUCKING       )
SCHOOL, and EEOC, Nashville, TN, )
                               )
        Defendants             )

### **O R D E R**

Judge Trauger has referred this matter to me for case management, a decision on all pretrial nondispositive motions, a report and recommendation on any dispositive motion, and to conduct necessary scheduling procedures. She has also directed that I conduct a frivolity review under 28 U.S.C. § 1915(e)(2)(B) (Docket Entry 4). As directed, I have tried to review the Plaintiff's complaint and four packages of documents that were filed with it.

As initial matter, the **Clerk** is directed to send Plaintiff a copy of the Court's Local Rules. These Rules may also be accessed at the Court's web site, http:/www.tnmd.uscourts.gov. The Plaintiff should read these rules and comply with them to the best of her ability. In particular, she should look at Local Rule 7.01, which states that all papers will be filed on 8½" x 11" paper, one-sided, and that all pages should be numbered at the bottom.

Unfortunately, the Plaintiff has filed several hundred pages of documents, some of which appear to be numbered at the top, others which appear to be simply randomly placed in the files. Many of the documents appear to have no relation to this case at all.

Federal Rule of Civil Procedure 8 provides that the complaint should be a short statement of the jurisdiction of the Court, a short and plain statement of the claim showing that the Plaintiff is entitled to relief sought, and a demand for the relief sought. Unfortunately, this complaint is neither short nor plain.

The Plaintiff seeks to sue Star Transport (Star Transport), Volunteer Training Center Trucking School (VTC), and the Equal Employment Opportunity Commission (EEOC). The Magistrate Judge was able to locate an administrative complaint the Plaintiff filed against Star Transport, and the Plaintiff's right to sue letter as to Star Transport. I was unable to find a complaint against VTC or a right to sue letter as to VTC.

I am also unable to find a statement of what the claim is against the EEOC itself. Clearly, EEOC is not an employer in this matter. It does appear that the EEOC closed its case as to Star Transport. The Magistrate Judge, however, is not aware of any federal law that provides a right of recovery against the EEOC, because the Plaintiff disagrees with their conclusions.

I also am having a great deal of difficulty in reading the Plaintiff's handwriting. If at all possible, she should try to have her pleadings typed or print them in a legible fashion.

In order to determine whether there is a potential claim against any of these three Defendants, the Plaintiff is directed to file a short statement, not to exceed 10 pages, which sets out a short and plain statement of the basis for her claims against the EEOC and the VTC. In particular, she should also furnish a copy of her discrimination charges filed against the VTC, and a copy of a right to sue letter, if she has them. The Plaintiff does not need to file any additional information concerning Star Transport at this time.

The Plaintiff should file this new pleading with the Court on or before **July 30, 2009**.

The Plaintiff is also advised that she should keep a current address on file with the Court at all times. If the Plaintiff does not keep a current address on file with Court, it is possible that she will not receive Court orders and will miss deadlines, which can cause her case to be dismissed.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

3

Case 3:09-cv-00613   Document 5   Filed 07/07/09   Page 3 of 3 PageID #: 18