# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JERRI LEIGH JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:09-0613 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Brown |
| STAR TRANSPORT, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On August 26, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 81), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Summary Judgment (Docket No. 78) is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 17th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge