# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JERI LEIGH JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:09-0613 Judge Trauger |
| STAR TRANSPORT, | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## O R D E R

On May 24, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 97), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendant's Motion For Summary Judgment (Docket No. 96) is **GRANTED**, and the plaintiff's claims against this defendant are **DISMISSED WITH PREJUDICE**. All claims now having been dismissed, the Clerk shall close this file.

It is so **ORDERED.**

Enter this 27th day of June 2011.

  _____
  ALETA A. TRAUGER
  U.S. District Judge